FAYER GIPSON LLP
GREGORY A. FAYER (State Bar. No. 232303)
GFayer@fayergipson.com
MINH Z. KUO (State Bar No. 247489)
MKuo@fayergipson.com
MICHELLE K. MILLARD (State Bar No. 298245)
MMillard@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: 310.557.3558
Facsimile:  310.557.3589

E-FILED: 08/19/2015

JS-6

Attorneys for Plaintiff/Counter-Defendant
Lakewood Church

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAKEWOOD CHURCH, a Texas nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE SMITH JR., a natural person; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>ROBERT LEE SMITH JR., an individual,<br><br>Counter-Claimant,<br>v.<br><br>LAKEWOOD CHURCH, a Texas nonprofit corporation; LAKEWOOD SUMMITS, LLC, a Texas limited liability company; and ZIFFREN BRITTENHAM LLP, a California limited liability partnership,<br><br>Counter-Defendants. | CASE NO. CV14-07404-PSG (MRWx)<br><br>**[PROPOSED]** JUDGMENT<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 880<br><br>Hearing Date:   N/A<br>Hearing Time:   N/A<br><br>Action Filed:          Sept. 22, 2014<br>Discovery Cut-Off:  July 28, 2015<br>Motions Cut-Off.:   August 11, 2015<br>Trial Date:             November 3, 2015 |

**[PROPOSED]** JUDGMENT

# [PROPOSED] JUDGMENT

The Court having considered the joint stipulation of plaintiff Lakewood Church ("Plaintiff" or "Lakewood") and defendant Robert Lee Smith Jr. ("Defendant") for entry of judgment on Plaintiff's Complaint (Dkt. No. 1), which asserts a singled cause of action for declaratory relief, and good cause appearing therefor, the joint stipulation is GRANTED and Judgment is hereby entered in favor of plaintiff Lakewood Church and against defendant Robert Lee Smith Jr. on Plaintiff's Complaint for declaratory relief as follows:

The Court hereby declares and decrees that:

1. Defendant has no legal or contractual entitlement to compensation or credit in connection with any alleged submission of his ideas for entertainment or multimedia projects or ventures to Lakewood and/or its affiliates that occurred at any time up to and including the date of this Judgment, with the exception of the project set forth in Section 3 below;

2. Plaintiff has no legal or contractual duty to compensate or credit Defendant in connection with any alleged submission of his ideas for entertainment or multimedia projects or ventures to Lakewood and/or its affiliates that occurred at any time up to and including the date of this Judgment, with the exception of the project set forth in Section 3 below;

3. Notwithstanding the foregoing, nothing herein shall preclude Defendant from being afforded credit and/or compensation in connection with the feature-length motion picture currently in development, entitled *White Tiger*, in accordance with the applicable

written agreements concerning this project; and

4. For avoidance of doubt, the above declarations and decrees apply equally to general ideas for project types or ventures, as well as to specific ideas for particular projects or ventures.

This Judgment shall constitute a final judgment in this action for all purposes pursuant to the Federal Rules of Civil Procedure. The Court shall retain jurisdiction over this action to implement and enforce this Judgment and all other decrees and orders necessary or appropriate.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: August 19, 2015

PHILIP S. GUTIERREZ
———————————————
Hon. Philip S. Gutierrez